THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN
  D. IRELAND, Appellant, *v.* ARTHUR WOODS, as Police
  Commissioner of the City of New York, Respondent.

*People ex rel. Ireland* v. *Woods*, 177 App. Div. 1, affirmed.
(Argued June 6, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 13, 1917, which affirmed an order of Special
Term dismissing a writ of habeas corpus and remanding
the relator who had been arrested upon the warrant of
the governor of this state issued upon the requisition of
the governor of New Jersey requesting the arrest of the
relator as a fugitive from justice. The petition for the
writ of habeas corpus denied that relator was a fugitive
from justice, pointed out that the papers accompanying
the requisition of the governor of New Jersey failed to
show that he was within the limits of the state of New
Jersey when the crime whereof he was accused was
alleged to have been committed, alleged that it appeared
on the face of the indictment accompanying the requisi-
tion that no crime under the laws of New Jersey was
charged or had been committed, and averred that relator
was not within the state of New Jersey at any of the
times when the crimes charged in the indictment, or any
of them, were committed.

*George W. Wickersham, Arthur C. Patterson* and
*Henry Goldstein* for appellant.

*Edward Swann, District Attorney* (*Robert S. John-
stone* of counsel), for respondent.

Order affirmed; no opinion.
Concur: CHASE, COLLIN, CARDOZO, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ.